## CAHILL & GOETSCH, P.C.
### ATTORNEYS AT LAW

SCOTT E. PERRY

43 Trumbull Street
New Haven, Connecticut 06511

(203) 777-1000
Fax: (203) 865-5904

September 5, 2003

**_Via Fax and Overnight Mail_**

COPY

Anthony D. Sutton, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
P.O. Box 3057
Stamford, Connecticut 06905

Lori A. McCarthy, Esq.
Flynn & Associates, P.C.
189 State Street, 6th Floor
Boston, Massachusetts 02109

RE:    _Supplemental Disclosure Re: Frank Bakutis vs. Metro-North, et al._

Dear Counsel:

    Enclosed please find plaintiff's supplemental 26(a) disclosure for the above-entitled-matter.

Sincerely,

Scott E. Perry

SEP:md
Enclosures

CB 4005

1) Oil leaking on Deck from Transmission and Engine

2) Train brakes do not release all The Time

3) <u>Excessively</u> noisey inside operators Cab, Cannot hear Company radio.

4) Need Grease Gun.

5) Needs insulation inside operators Cab.

6) Travel bands do not release when Traveling in 4th Gear.

7) Needs 24 volt Flood light bulbs and brake light bulbs.

8) Propellor shaft indicator light not Working.

4 TT:
1ARK ELLIS

J.E. Bakutes
712478

09/05/2003 FRI 11:40 FAX

09/15/02 FRI 12:04 FAX 203 780 8223   NH PROJECTS   ⌐001



```
*************************
***    TX REPORT    ***
*************************


TRANSMISSION OK

TX/RX NO                  0868
CONNECTION TEL                        8579
CONNECTION ID             NWP SHOP
ST. TIME                  08/16 12:53
USAGE T                   00'27
PGS.                          1
RESULT                    OK
```

10/25/00

CB 4005

( Amendment To FAX. of 10/23/00   # 4170 )

8) Fuel gage NoT working properly.

9) Travel bands noT releasing in 4th gear.

10) Air dryers noT working

11) No BeLT guards on Front of Engine

12) No Boom STOPS.

F. E. Bakutes

712478

ATT:

Paul Signorelli



*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              4186
CONNECTION TEL.                      8579
CONNECTION ID        NWP SHOP
ST. TIME             10/25 07:56
USAGE T              00'11
PGS.                    1
RESULT               OK

# METRO NORTH RAILROAD

Parkway Homes Road
North White Plains, N.Y.
10601



**To:** Paul Cignarale

**From:** E. E. BAKUTIS

**Fax:** 914 686 8579 / 914 271 1935

**Date:** 2/12/01

**Phone:** 914 686 8468 / 914 271 1934

**Pages:**

**Re:** EQUIPMENT DEFECTS

**CC:**

## CB 4005

# Equipment Defects

| | Problems/Defects |
|---|---|
| 1 | EXTremely Noisey especially when Traveling. very unSafe., Cannot hear Radio |
| 2 | Oil Leaking on deck from Front Engine Seal and Transmission gear box. |
| 3 | Oil Leaking from TransFer Case. |
| 4 | Fuel Gauge not working Properly |
| 5 | No belt Guards on Front of Engine. |
| 6 | No Boom stops. |
| 7 | Boom has Bends in numerous places. |
| 8 | |
| 9 | |



```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO               4457
CONNECTION TEL                        8579
CONNECTION ID          NWP SHOP
ST. TIME               02/12 07:43
USAGE T                00'32
PGS.                      1
RESULT                 OK
```

Printed in USA

# Crane inspection

**Metro-North Commuter Railroad**

| Crane no. | Location | Sub-Division | System Gang | Date Inspected | Monthly ☐ | Hour 5149 |
|-----------|----------|--------------|-------------|----------------|-----------|-----------|
| CB 4005 | New Haven. | | | 3/12/01 | Annual ☐ | |

Last inspection date __10/17/00__    Present general condition: ☑ Good ☐ Fair ☐ O/S

OK

| YES | NO | | |
|-----|-----|--|--|
| | Y | Boom | 4 bent lattice |
| | N/A | 4-Boom Stops | |
| ✓ | | Boom Angle Indicator | |
| ✓ | | Boom Rivets & Bolts | |
| ✓ | | Boom Heel Pins | |
| ✓ | | Sheaves | |
| ✓ | | Sheave Pins | |
| ✓ | | Cable Drums | |
| ✓ | | Cable-Boom-Holding Line | |
| | | Closing, Pendants | |
| ✓ | | Cable Clamps | |
| ✓ | | Hoisting Blocks/Hooks | |
| | N/A | Winch | |
| | N/A | Winch Cable | |
| | N/A | Lifting Chains | |
| ✓ | | Tongs-Rail-Frog | |
| ✓ | | Brakes | |
| ✓ | | Brakes-Air-Lines-Reservoir | |
| | N/A | Brakes-Hydraulic | |
| ✓ | | Brakes-Emergency | |
| | N/A | Brakes-2 Wheel | |
| ✓ | | Brakes-4 Wheel | |
| ✓ | | Brakes-Shoes | |
| ✓ | | Trucks-Journal Bearings | |
| ✓ | | Wheels-Flange Wear-Treadwear | |
| ✓ | | Axles | |
| ✓ | | Tram-Axle & Wheel | |
| | N/A | Springs | |
| | N/A | Tires | |
| | N/A | Steering | |
| | N/A | U-Joints, Drive Gears | |
| | N/A | Drive Chains | |
| | N/A | Sprockets | |
| ✓ | | Drive Shafts | |
| ✓ | | Gear Boxes, Swing, Travel | |
| X | | Transmission | gasket leaks. |
| ✓ | | Bearings | |
| ✓ | | Hook Roller | |
| | N/A | Outriggers | |

OK

| YES | NO | | |
|-----|-----|--|--|
| ✓ | | Steps and Railing | |
| ✓ | | Draw Bars-Couplers | |
| ✓ | | Swing Stops/Locking Pins | |
| ✓ | | Operating Controls | |
| ✓ | | Windows | |
| ✓ | | Windshield Wipers | |
| ✓ | | Warning Devices | |
| ✓ | | Lights | |
| | X | Guards | engine Belt Guards. |
| | X | Engine | Rear main seal. |
| ✓ | | Clutch-PTO | |
| ✓ | | Gauges-Temperature-Oil-Ampere | |
| ✓ | | Hydraulic System-Valves, Pump, Motor | |
| ✓ | | Main Control Generator | |
| | | Magnet Generator | |
| | N/A | Magnet | |
| ✓ | | Tagline-Cable-Electrical | |
| ✓ | | Battery | |
| ✓ | | Air Compressor | |
| ✓ | | Safety Appliances | |
| ✓ | | Fire Extinguishers | |
| ✓ | | General Condition-Paint, etc. | |
| ✓ | | Lifting Capacity Chart | |
| ✓ | | Parts Book and Operating Manual | |
| ✓ | | Lubrication | |

When was Cable Replaced:

Boom _____
Holding _____
Closing _____

| YES | NO | |
|-----|-----|--|
| ✓ | | Strands of Cable Broken |
| ✓ | | Ground Cables and Ground Clamps |
| ✓ | | Electrical Wire Warning Sign |

Remarks: __Noisy in gear.__

Operator's Signature

712478

(Date) ____    (Employee No.)

I certify to the correctness of this report

(Signed) E. Vongor.    3/12/01 (Date Posted)

Employee Number __112443.__

(Title) __Machinist.__

CB 4005

1) extremely Noisey when Traveling, cannot Hear Company Radio. Very unsafe

2) Oil Leaking onto deck from Front Engine Cover.

3) No Belt guards on Front of Engine

4) No Boom Stops.

5) Boom has bends in numerous Locations

6) Fuel gage not working propaly.

7) Steps on chasiss To narrow, and one is missing.

F. E. Bakutts
712478

ATT:

Paul Signorelli

09/05/2003 FRI 11:41 FAX

03/26/01 MON 08:02 FAX 203 786 8223     NH PROJECTS     ⬜001



***********************
***   TX REPORT   ***
***********************


TRANSMISSION OK

TX/RX NO              4567
CONNECTION TEL                    8579
CONNECTION ID        NWP SHOP
ST. TIME             03/26 08:01
USAGE T              00'11
POS.                   1
RESULT               OK

***********************
***   TX REPORT   ***
***********************


TRANSMISSION OK

TX/RX NO              4567
CONNECTION TEL                    8579
CONNECTION ID        NWP SHOP
ST. TIME             03/26 08:01
USAGE T              00'11
POS.                   1
RESULT               OK

09/05/2003 FRI 11:41 FAX

CB 4005

5/1/01

1) Extremely Noisey inside Cab, especially when in work mode or Traveling. Cannot Hear Company Radio.

2) Gear oil Leaking from Chain Case.

3) Travel bands slipping in one direction.

4) Check valve on Air Tank Leaking.

5) one Brake Light not working, needs bulb.

6) oil on deck of Crane, very slippery

7) Oil Leaking from Front of Engine.

8) No belT guards on front of Engine,

9) No Boom Stops.

10) Fuel gage not working

11) oil Leaking from Transmission shifter

ATT:

PAUL Signorelli

F.E. BAKUTIS
F.E. Bakut
712478

09/05/2003 FRI 11:41 FAX NH PROJECTS 001



*************************
***   TX REPORT   ***
*************************

TRANSMISSION OK

TX/RX NO            4691
CONNECTION TEL                   8579
CONNECTION ID       NWP SHOP
ST. TIME            05/17 06:49
USAGE T             00'13
PGS.                  1
RESULT              OK



```
**********************
***   TX REPORT   ***
**********************


TRANSMISSION OK

TX/RX NO              4692
CONNECTION TEL                    8579
CONNECTION ID        NWP SHOP
ST. TIME             05/17 06:51
USAGE T              00'14
PGS.                    1
RESULT               OK
```

# METRO NORTH RAILROAD

# FAX

Date _____ 7 / 24 / 01 _____
Number of Pages _____

TO:
PAUL R. CIGNARALE
SUPERVISOR, WORK EQUIPMENT
PHONE 914/271/1934
FAX 914/271/1935

FROM:
F.E. Bakutis
Special projects, New Haven

## EQUIPMENT DEFECTS

| EQUIPMENT # | PROBLEMS / DEFECTS |
|---|---|
| 1. CB4005 | 1) Boom Clutch slipping |
|  | 2) Magnet clutch not engaging properly |
|  | 3) Oil leaking from front of engine |
| 2 | 4) Extremely noisy in operators cab. |
|  | 5) Buffer block on coupler broken |
|  | 6) Oil on deck and steps. |
| 3 | 7) Oil leaking from transmission shifter |
|  | 8) Fuel gauge not working |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |
| 8 |  |
| 9 |  |



```
************************
***    TX REPORT    ***
************************


TRANSMISSION OK

TX/RX NO               4859
CONNECTION TEL                      8579
CONNECTION ID          NWP SHOP
ST. TIME               07/24 06:18
USAGE T                00'35
PGS.                      1
RESULT                 OK
```

# METRO NORTH RAILROAD



# FAX

| Date | 3 / 15 / 02 |
|------|-------------|
| Number of Pages | |

**TO:** MARK ELLIS

SUPERVISOR, WORK EQUIPMENT
PHONE 914/271/1934
FAX 914/271/1935

**FROM:** F. E. BAKUTIS
N. H. Special Projects

## EQUIPMENT DEFECTS

| EQUIPMENT # | PROBLEMS / DEFECTS |
|-------------|--------------------|
| 1 CB4005 | Extremely Noisey, Cannot hear radio when Traveling. Need sound Insulation |
| 2 CB4005 | Needs 2 24 V Flood Lights |
| 3 CB4005 | Crane Air brakes Frequently will not release |
| 4 CB4005 | Oil Leaking from Engine and Transmission |
| 5 CB4005 | Fuel Gauge not working |
| 6 CB4005 | Step on Chassis Bent + missing |
| 7 CB4005 | Travel Bands dragging and not Disengauging in 4th Gear |
| 8 | |
| 9 | |



```
***********************
***   TX REPORT   ***
***********************


TRANSMISSION OK

TX/RX NO              0436
CONNECTION TEL                    8579
CONNECTION ID        NWP SHOP
ST. TIME             03/15 07:15
USAGE T              00'22
PGS.                    1
RESULT               OK
```

Printed in USA

# Crane Inspection

**Metro-North Commuter Railroad**

| Crane no. | Location | Sub-Division | System Gang | Date Inspected | Monthly | ☑ |
|---|---|---|---|---|---|---|
| CP 4005 | New Haven | | Spec. Proj. | 4/11/02 | Annual | ☐ |

Last inspection date: 4/11/02

Present general condition: ☐ Good  ☑ Fair  ☐ O/S

**OK**

| YES | NO | |
|---|---|---|
| | X | Boom |
| | X | Boom Stops |
| ✓ | | Boom Angle Indicator |
| ✓ | | Boom Rivets & Bolts |
| ✓ | | Boom Heel Pins |
| ✓ | | Sheaves |
| ✓ | | Sheave Pins |
| ✓ | | Cable Drums |
| ✓ | | Cable-Boom-Holding Line |
| ✓ | | Closing, Pendants |
| | X | Cable Clamps |
| ✓ | | Hoisting Blocks/Hooks |
| N/A | | Winch |
| N/A | | Winch Cable |
| N/A | | Lifting Chains |
| ✓ | | Tongs-Rail-Frog |
| | X | Brakes |
| ✓ | | Brakes-Air-Lines-Reservoir |
| N/A | | Brakes-Hydraulic |
| ✓ | | Brakes-Emergency |
| N/A | | Brakes-2 Wheel |
| ✓ | | Brakes-4 Wheel |
| | X | Brakes-Shoes |
| ✓ | | Trucks-Journal Bearings |
| ✓ | | Wheels-Flange Wear-Treadwear |
| ✓ | | Axles |
| ✓ | | Tram-Axle & Wheel |
| ✓ | | Springs |
| N/A | | Tires |
| N/A | | Steering |
| ✓ | | U-Joints, Drive Gears |
| ✓ | | Drive Chains |
| ✓ | | Sprockets |
| ✓ | | Drive Shafts |
| ✓ | | Gear Boxes, Swing, Travel |
| | X | Transmission |
| ✓ | | Bearings |
| N/A | | Hook Roller |
| N/A | | Outriggers |

**OK**

| YES | NO | |
|---|---|---|
| | X | Steps and Railing |
| | X | Draw Bars-Couplers |
| ✓ | | Swing Stops/Locking Pins |
| ✓ | | Operating Controls |
| | X | Windows |
| ✓ | | Windshield Wipers |
| ✓ | | Warning Devices |
| | X | Lights |
| ✓ | | Guards |
| | X | Engine |
| ✓ | | Clutch-PTO |
| | X | Gauges-Temperature-Oil-Ampere |
| N/A | | Hydraulic System-Valves, Pump, Motor |
| N/A | | Main Control Generator |
| | X | Magnet Generator |
| ✓ | | Magnet |
| ✓ | | Tagline-Cable-Electrical |
| ✓ | | Battery |
| ✓ | | Air Compressor |
| ✓ | | Safety Appliances |
| | | Fire Extinguisher |
| ✓ | | General Condition-Paint, etc. |
| ✓ | | Lifting Capacity Chart |
| | X | Parts Book and Operating Manual |
| | X | Lubrication |

When was Cable Replaced:

Boom _____

Holding _____

Closing _____

| ✓ | | Strands of Cable Broken |
| ✓ | | Ground Cables and Ground Clamps |
| ✓ | | Electrical Wire Warning Sign |

Remarks: 1. No boom stops 3. Load line not turned
AS PER AN I B30.5 (5-1.73b) 4. Brake shoes cracked 5. Needs
more steps + handrails 6. Crane ___ noisy 7. Brakes wont release

Operator's Signature

_signature_  1.E 2. ____  7.1117 X  (Employee No.)

(Date)

I certify to the correctness of this report

_signature_ (Signed)   1/11/02 (Date Posted)

Employee Number _____

(Title)