UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

FRANCIS E. BAKUTIS                      )
                                        )
                 Plaintiff,             )
v.                                      )        CIVIL ACTION NO.:
                                        )        02 CV 1877 (SRU)
METRO-NORTH RAILROAD                     )        <u>FELA HEARING LOSS CASES – MAY BE</u>
COMPANY, et al.                         )        <u>FILED IN NEW HAVEN AS ORDERED BY</u>
                                        )        <u>MAGISTRATE JUDGE MARGOLIS</u>
                 Defendants.            )
_____)        March 24, 2004

### <u>DEFENDANTS, CONSOLIDATED RAIL CORPORATION AND AMERICAN FINANCIAL GROUP, INC.'S (ASSENTED TO) MOTION TO WITHDRAW THEIR MOTION FOR PROTECTIVE ORDER DATED MARCH 3, 2004</u>

The defendants, Consolidated Rail Corporation ("Conrail") and American Financial Group, Inc. ("Penn Central"), in the above-entitled matters, hereby move to withdraw their *Motion for Protective Order Re: Plaintiffs' Notice of 30(b)(6) Deposition(s) and Plaintiffs' Notice of 30(b)(6) Deposition(s)  Defendant American Financial Group, Inc.* dated March 3, 2004.  As grounds of the instant *Motion to Withdraw,* the defendants state that the plaintiff, in the above-entitled matter, has stipulated and agreed, on March 23, 2004, to the defendants' requests to limit the plaintiffs' items of inquiry as contained in his *Notices*, as discussed in detail in the defendants' *Memorandum of Law*, also dated March 3, 2004.

Accordingly, the defendants respectfully request that the instant *Motion* be GRANTED.

Respectfully submitted,
CONSOLIDATED RAIL CORPORATION and
AMERICAN FINANCIAL GROUP, INC.
By their Attorneys,


_____

Michael B. Flynn,#ct21215
Lori A. McCarthy #ct19557
FLYNN & ASSOCIATES, P.C.
189 State Street, Sixth Floor
Boston, MA 02109
(617)722-8253
(617)722-8254 (facsimile)

2

## **CERTIFICATION**

       This is to hereby certify that a copy of the foregoing has been hand-delivered this 24TH day of March, 2004, to the following:

Scott E. Perry, Esq.
Cahill & Goetsch, P.C.
43 Trumbull Street
New Haven, CT 06511

Anthony D. Sutton, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
P.O. Box 3057
Stamford, CT 06905

_____
Lori A. McCarthy
G:\F & A\CASE FILES\CSX OCCUPATIONAL\HEARING LOSS\General Hearing Loss\Pleadings\Defs motion to compel rrpd.12.10.03.doc