UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANCIS E. BAKUTIS | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | CIVIL ACTION NO. 3:02 CV 1877 (MRK) |
| | : | |
| METRO-NORTH RAILROAD COMPANY, | : | |
| CONSOLIDATED RAIL CORPORATION | : | |
| and AMERICAN FINANCIAL GROUP, | : | |
| INC., f/k/a AMERICAN PREMIER | : | JANUARY 10, 2005 |
| UNDERWRITERS, INC., f/k/a PENN | : | |
| CENTRAL CORPORATION. | : | |
| | : | |
| Defendants. | : | |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant, Metro-North Railroad Company.

Dated: January 10, 2005            _____

                                                    Susan B. Parzymieso, Esq.  (CT 25301)
                                                    Ryan, Ryan, Johnson & Deluca, LLP
                                                    80 Fourth Street, P.O. Box 3057
                                                    Stamford, CT   06905
                                                    Phone No. 203-357-9200

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 10, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Francis E. Bakutis

                                          _____
                                          Susan B. Parzymieso, Esq.

I:\Procases\205.138\appearancebakutis.wpd
205.138